UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARKSIDE VENTURES, et al.,

      Plaintiff(s),

      v.

FEDERAL DEPOSIT INSURANCE
CORPORATION,

      Defendant(s).

_____/

No. C 11-3452 PJH

**ORDER TO SHOW CAUSE**

The complaint in this matter was filed on July 14, 2011 and a summons was issued for defendant. Also on that date, an order scheduling a case management conference was filed setting the conference for October 13, 2011. The October date was continued to December 8, 2011 by Clerk's Notice of October 4, 2011, and served on plaintiffs electronically by the court's ECF system. Plaintiffs did not file a case management statement as ordered nor did they appear at the conference on December 8, 2011. Moreover, more than 120 days have passed and no certificate of service on the defendant has been filed.

Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41 and for failure to serve pursuant to Fed. R. Civ. P. 4. A hearing on the order to show cause will be held on December 21, 2011 at 9:00 a.m. If plaintiffs fail to appear, the case will be dismissed on one or both of these grounds.

      **IT IS SO ORDERED.**

Dated: December 8, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge