UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARKSIDE VENTURES, et al.,

    Plaintiff(s),

    v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant(s).
_____/

No. C 11-3452 PJH

**JUDGMENT**

    The court having dismissed this case pursuant to Federal Rules of Civil Procedure 41(b) and 4(m),

    it is Ordered and Adjudged

    that plaintiffs take nothing, and that the action be dismissed.

    IT IS SO ORDERED.

Dated: December 21, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge